**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| **KEITH DUNBAR, Individually, and as Representative on Behalf of all Similarly Situated Persons,**<br><br>　　　　**Plaintiff,**<br>　versus<br><br>**GOOGLE, INC.**<br><br>　　　　**Defendant.** | Civil Action Nº 5:10CV00194 |

## PLAINTIFF'S EXHIBIT LIST

| **EXHIBIT** | | |
|---|---|---|
| Second Amended Complaint: | Exhibit A | |
| | Exhibit B | |
| | Exhibit C | |
| | Exhibit D | |
| | Exhibit E | |
| | Exhibit F | |
| | Exhibit G | |
| | Exhibit H | |
| | Exhibit I | |
| | Exhibit J | |
| | Exhibit K | |
| | Exhibit L | |
| | Exhibit M | |
| | Exhibit N | |
| | Exhibit O | |
| | Exhibit P | |
| | Exhibit Q | |
| | Exhibit R | |
| | Exhibit S | |
| | Exhibit T | |
| | Exhibit U | |
| | Exhibit V | |
| | | |
| Motion for Class Certification | Exhibit A | |
| | Exhibit B | |
| | Exhibit C | |

| | | |
|---|---|---|
| | Exhibit D and internally referenced documents | |
| | Exhibit E | |
| | Exhibit F | |
| | Exhibit G | |
| | Exhibit H | |
| | Exhibit I | |
| | Exhibit J | |
| | Exhibit K | |
| | | |
| Reply in support of motion for Class Certification | Exhibit L | |
| | Exhibit M | |
| | Exhibit N | |
| | Exhibit O | |
| | Exhibit P | |
| | Exhibit Q | |
| | Exhibit R | |
| | Exhibit S | |
| | Exhibit T | |
| | Exhibit U | |
| | Exhibit V | |
| | Exhibit W | |
| | | |
| 30(b)(6) Thompson Gwawley | Exhibits 2-12 | |
| 30(b)(6) Adrienne St. Aubin | Exhibits 15-47 | |
| 30(b)(6) Jack Weixel | Exhibits 49-53 | |
| Matthew Green Depo | Exhibits 78-80, 82-83 | |
| | | |
| DUNBAR000160-162 | | |
| DUNBAR000729-823 | | |
| DUNBAR000200-471 | | |
| DUNBAR001106-1108 | | |
| DUNBAR001098-001105 | | |
| DUNBAR001080-00197 | | |
| DUNBAR000050 | | |
| DUNBAR000058 | | |
| DUNBAR000070 | | |
| DUNBAR000077 | | |
| DUNBAR000092 | | |
| DUNBAR000117-122 | | |
| DUNBAR000125-126 | | |
| DUNBAR000912-975 | | |
| Defendant Google's Objections and Answers to Plaintiff's First Set of Interrogatories | | |
| Defendant Google's | | |

| | | |
|---|---|---|
| Objections and Responses to Plaintiff's First Set of Requests for Production of Documents | | |
| Defendant Google's Supplemental Objections and Answers to Plaintiff's Interrogatory Nos. 3, 5 & 6 | | |
| GOOG00000039 | As part of GOOG00000032-44 (not originally produced), *see* Exhibit K to Motion for Class Certification | |
| GOOG000002652-2660 | | |
| GOOG000002661-2670 | | |
| GOOG000002671-2673 | | |
| GOOG000002689-2690 | | |
| GOOG000002692-2695 | | |
| GOOG000002703-2706 | | |
| GOOG000002707-2709 | | |
| GOOG000002721-2724 | | |
| GOOG000002737-2741 | | |
| GOOG00000481-491 | | |
| GOOG00000545 | | |
| GOOG00000404 | | |
| GOOG00000382 | | |
| GOOG000001988 | | |
| GOOG000001904-1906 | | |

**Exhibits cont.**

*Lawrence E. Jaffe Pension Plan, et al. v. Household International, Inc., et al.*, 02C5893, In the United States District Court for the Northern District of Illinois Eastern Division:

1. Home page: http://www.householdfraud.com/
2. Class Action Complaint: http://www.householdfraud.com/pdf/Amended_Complaint_3-13-03.pdf
3. Class Notices and Proof of Claim Form: http://www.householdfraud.com/notices.html
4. Notice of Verdict: http://www.householdfraud.com/pdf/Final_HSHD2_Notice_011211.pdf
5. Proof of Claim Form: http://www.householdfraud.com/pdf/Proof_of_Claim_Form.pdf
6. Order Approving the Form and Manner of Notice: http://www.householdfraud.com/pdf/Order_Approving_Form_and_Manner_of_Notice.pdf

*The Authors Guild, et al. v. Google Inc.*, 05CV8136, in the United States District Court for the Southern District of New York:

1. Settlement Agreement: http://www.authorsguild.org/advocacy/articles/settlement-resources.attachment/settlement/Settlement%20Agreement.pdf

3

2. Updated Notice and Supplemental Notice
3. Amended Settlement Agreement: http://www.authorsguild.org/advocacy/articles/settlement-resources.attachment/amended-settlement-agreement/Amended-Settlement-Agreement.pdf
4. Opinion (Doc. 971)

*In Re AOL Time Warner, Inc. Securities & "ERISA" Litigation*, 02CV5575, in the United States District Court for the Southern District of New York:

1. Homepage: http://www.aoltimewarnersettlement.com/aolbackround.html#
2. Order Certifying Securities Class: http://www.aoltimewarnersettlement.com/pdf/altw1ord.pdf
3. Notice: http://www.aoltimewarnersettlement.com/pdf/altw1not.pdf
4. Plan of Allocation: http://www.aoltimewarnersettlement.com/pdf/altw1plan.pdf
5. Proof of Claim and Release General Instructions

*In re: Cendant Corporation Litigation*, 98-1664, In the United States District Court for the District of New Jersey:

1. Homepage: http://hrsclaimsadministration.com/cases/cen/
2. Notice of Settlement of Class Action: http://hrsclaimsadministration.com/cases/cen/notice_and_plan.pdf
3. Proof of Claim and Release: http://hrsclaimsadministration.com/cases/cen/proof_of_claim.pdf

*In Re Nortel Networks Corp. Securities Litigation,* No. 04 CV 2115, In the United States District Court for the Southern District of New York:

1. Home page: http://www.nortelsecuritieslitigation.com/home_en1.php3
2. Nortel II Settlement: http://www.nortelsecuritieslitigation.com/home_en2.php3
3. Nortel II Court Documents: http://www.nortelsecuritieslitigation.com/court_en2.php3
4. Preliminary Order for Notice and Hearing In Connection With Settlement Proceedings: http://www.nortelsecuritieslitigation.com/Nortel%20II%20-%20Preliminary%20Order(signed).pdf
5. Notice Plan: http://www.nortelsecuritieslitigation.com/Nortel%20I%20Ex.%20A-4.pdf
6. US Order Approving Initial Distribution of Class Settlement Proceeds: http://www.nortelsecuritieslitigation.com/us_order2.pdf
7. Proof of Claim Form

*In re: Tyco International LTD., Securities Litigation*, MD Docket No. 02-1335, Civil Action No. 02-266, In the United States District Court for the District of New Hampshire:

1. Home page: http://tycoclasssettlement.com/index.php3
2. Notice: http://tycoclasssettlement.com/notice.pdf
3. Plan of Allocation: http://tycoclasssettlement.com/poa.pdf
4. Settlement Agreement: http://tycoclasssettlement.com/settlement.pdf

5. Summary Notice: http://tycoclasssettlement.com/summary.pdf
6. Proof of Claim Form

*Gabriel Johnson, et al. v. Apple, Inc., et al.*, 1-09CV146501, In the Superior Court of the State of California, County of Santa Clara

1. Notice of Pendency and Proposed Settlement of Class Action: https://www.johnsonitunessettlement.com/APJ_NOT_WEB.pdf;
2. Home page: https://www.johnsonitunessettlement.com/Default.aspx;
3. Claim Form: https://www.johnsonitunessettlement.com/CAClaimForms/APJ2/APJ.aspx?738c9257-1559-4220-822e-849b0eb1dd03
4. Frequently Asked Questions: https://www.johnsonitunessettlement.com/FAQ.aspx

*In re: Heartland Payment Systems, Inc. Customer Data Security Breach Litigation*, 4:09MD2046, In the United States District Court for the Southern District of Texas:

1. Home page: http://www.hpscardholdersettlement.com/Default.aspx
2. Settlement Agreement: http://www.hpscardholdersettlement.com/Documents/Settlement%20Agreement.pdf
3. Claim Form: http://www.hpscardholdersettlement.com/Documents/Claim%20Form.pdf
4. Notice: http://www.hpscardholdersettlement.com/Documents/Notice.pdf
5. Summary Notice: http://www.hpscardholdersettlement.com/Documents/Summary%20Notice.pdf

*CLRB Hanson Industries, LLC d/b/a Industrial Printing, et al. v. Google, Inc.*, 05-03649, In the United States District Court for the Northern District of California, San Jose Division:

1. Home page: http://www.adwordssettlement.com/
2. Notice: http://www.adwordssettlement.com/pdf/ggle1not.pdf