# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

**KEITH DUNBAR, Individually, and as Representative on Behalf of all Similarly Situated Persons,**

**Plaintiff,**

**versus**

**GOOGLE, INC.**

**Defendant.**

Civil Action N$^o$ 5:10CV00194

## PLAINTIFF'S NOTICE OF FILING OF PLAINTIFF'S COUNTER-DEPOSITION DESIGNATIONS AND COUNTER-EXHIBIT LIST

Plaintiff provides notice of the filing of the following:

1. Plaintiff's Counter-Deposition Designations filed herein; and
2. Plaintiff's Counter-Exhibit List filed herein.

## PLAINTIFF'S COUNTER-DESIGNATIONS OF DEPOSITIONS

### TESTIMONY OF GOOGLE'S 30(b)(6) WITNESS THOMPSON GAWLEY

*While counsels' statements and objections are within some of the line and page designations below, they are not designated to be offered.

| PAGE and LINE | through PAGE and LINE | |
|---|---|---|
| 107:8 | 108:17 | |
| 133:7 | 134:6 | |
| 160:20 | 161:5 | |
| 205:8 | 205:21 | |
| 216:22 | 217:19 | |
| Any page and line designated by Google | | |

## TESTIMONY OF KEITH DUNBAR

*While counsels' statements and objections are within some of the line and page designations below, they are not designated to be offered.

| PAGE and LINE | through PAGE and LINE | |
|---|---|---|
| 52:13-15 | | |
| 74:25 | 75:13 | |
| 79:2-24 | | |
| 83:7-8 | | |
| 92:10 | 93:20 | |
| 96:22 | 100:10 | |
| 102:8 | 103:14 | |
| 104:15 | 105:10 | |
| 105:12 | 106:12 | |
| 106:24 | 109:2 | |
| 110:15 | 111:12 | |
| 112:13-23 | | |
| 114:8-23 | | |
| 115:24 | 116:5 | |
| 138:7-14 | | |
| 142:15-29 | | |
| 147:9-17 | | |
| 163:6-11 | | |
| 198:9 | 202:4 | |
| | | |
| | | |
| Any page and line designated by Google | | |

## PLAINTIFF'S COUNTERDESIGNATION
## EXHIBIT LIST

| EXHIBIT | |
|---|---|
| Google Apps For Education, Security & Privacy | http://www.google.com/apps/intl/en/edu/privacy.html |
| Google Apps, Help Articles, Disable Advertisements | https://www.google.com/support/a/bin/answer.py?hl=en&answer=60758 |
| Mandatory Migration notice from Cable One | http://mymail.cableone.net/index.pl |
| *In re Worldcom, Inc, Securities Litigation*, 02 Civ 3288, U.S. District | Notice of Class Action<br>http://www.worldcomlitigation.com/courtdox/2003-12-10ClassNotice.pdf |

| Court, Southern District of New York | |
|---|---|
| | Notice of Proposed Settlement of Class Action<br>http://www.worldcomlitigation.com/courtdox/WCM-Notice-FINAL.pdf |
| | Proof of Claim and Release<br>https://cert.tgcginc.com/wcm/pocdownload.php3 |
| | Table A WorldCom Common Stock Artificial Inflation<br>http://www.worldcomlitigation.com/courtdox/2005-07-01AllTables.pdf |
| | Supplemental Plan of Allocation<br>http://www.worldcomlitigation.com/courtdox/2005-07-01SupplementalPlanFINAL.pdf |
| | Notice of Proposed Settlement of Class Action . . . And Bar Order Notice<br>http://www.worldcomlitigation.com/courtdox/2005-07-01FINALNoticeSett.pdf |
| | Notice of Initial Distribution of Net Settlement Fund<br>http://www.worldcomlitigation.com/courtdox/2006-12-27NoticeInitialDistribution.pdf |
| | Settlements page<br>http://www.worldcomlitigation.com/html/citisettlement.html |
| *Carrera v. Bayer Corp., et al.*, 2:08cv04716, U.S. District Court, District of New Jersey | November 22, 2011, Opinion certifying class, Doc. 104 |
| *First American Financial Corp., et al. v. Denise Edwards*, No. 10-708, United States Supreme Court | Official Subject to Review—Transcript, Oral Argument, November 28, 2011 |
| | |

Respectfully submitted,

/s/ Sean F. Rommel_____
Sean F. Rommel
Tex. Bar No. 24011612
srommel@wylyrommel.com
James C. Wyly
Tex. Bar No. 22100050
jwyly@wylyrommel.com

**WYLY~ROMMEL, PLLC**
4004 Texas Boulevard
Texarkana, Texas 75503
(903) 334-8646 (Telephone)
(903) 334-8645 (Fax)

Chris Travis

Admission by *Pro Hac Vice*
Travis@gill-law.com
Drake Mann
Admitted in ED Texas
Texas Bar No. 12929510
mann@gill-law.com

**GILL ELROD RAGON OWEN
& SHERMAN, P.A.**
425 West Capitol Avenue, Suite 3801
Little Rock, Arkansas 72201
(501) 376-3800 (Telephone)
(501) 372-3359 (Fax)


M. Chad Trammell
Tex. Bar No. 20183750
chad@thetrammellfirm.com

**THE TRAMMELL LAW FIRM,
PLLC**
418 North State Line Avenue
Texarkana, AR 71854
(870) 779-1860 (Telephone)
(870) 779-1861 (Fax)

**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2011, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today.

/s/ Sean F. Rommel
Sean F. Rommel